## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID BRIAN MORGAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-21-1067-D |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### O R D E R

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Shon T. Erwin under 28 U.S.C. § 636(b)(1)(B). Judge Erwin finds that Plaintiff has sufficient funds to pay the $402.00 filing fee for this action and recommends that Plaintiff's applications for leave to proceed without prepayment under 28 U.S.C. § 1915 be denied. The record shows that, instead of filing an objection, Plaintiff made a full payment of the filing fee. *See* Receipt [Doc. No. 17].

**IT IS THEREFORE ORDERED** that the Report and Recommendation [Doc. No. 16] is **ADOPTED**. Plaintiff's Applications for Leave to Proceed Without Prepaying Fees or Costs [Doc. Nos. 2, 7] are **DENIED**. The case remains under referral to Judge Erwin for further proceedings.

**IT IS SO ORDERED** this 8th day of December, 2021.

TIMOTHY D. DeGIUSTI
Chief United States District Judge